IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LUIS ORTEGA and CLAUDINE ORTEGA,<br>    Plaintiffs,<br><br>v.<br><br>METROPOLITAN LLOYDS INSURANCE COMPANY OF TEXAS and FRANK SAVAGE,<br>    Defendants. | § § § § § § § § § § § | EP-17-CV-121-DB |

## FINAL JUDGMENT

On this day, the Court issued an order dismissing all claims in the above-captioned case. The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

**SIGNED** this **16th** day of **May 2017**.

_____
DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE